## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

STACIA RUSSELL CLAY

                                **CIVIL ACTION**

**VERSUS**

                                **NO. 19-263-JWD-RLB**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 15, 2019, to which no objection was filed;

    **IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 7) is DENIED.

Signed in Baton Rouge, Louisiana, on <u>October 30, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**